# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                        §
                                              §
ELIADES, MILEDONES N.                         §        Case No. 14-15552 ABG
ELIADES, MARY C.                              §
                                              §
                       Debtor(s)              §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter    of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on            .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                    and the deadline for filing governmental claims was                . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $            [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $            [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/RONALD R. PETERSON _____
                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)** *(Page: 2)*

**FORM 5**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

Exhibit A

| Case No: | 14-15552 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | ELIADES, MILEDONES N. | |
| | ELIADES, MARY C. | |
| For Period Ending: 01/22/15 | | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 04/25/14 (f) |
| 341(a) Meeting Date: | 06/03/14 |
| Claims Bar Date: | 09/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2130 Forestview Rd. Evanston, IL | 450,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 200.00 | 0.00 | | 0.00 | FA |
| 3. Chase Checking Account- In living Trust | 1,581.00 | 0.00 | | 0.00 | FA |
| 4. Chase Savings Account- In living Trust | 851.00 | 0.00 | | 0.00 | FA |
| 5. Furniture, computes, television, stereo, tools- In | 700.00 | 0.00 | | 0.00 | FA |
| 6. books, compact discs, art | 150.00 | 0.00 | | 0.00 | FA |
| 7. Clothing | 300.00 | 0.00 | | 0.00 | FA |
| 8. Bike, Treadmill, camera | 200.00 | 0.00 | | 0.00 | FA |
| 9. American Funds | 20,788.73 | 0.00 | | 0.00 | FA |
| 10. ING- North Shore University HealthSystem | 503,595.00 | 0.00 | | 0.00 | FA |
| 11. ING- Rehablilitation Institute of Chicago | 69,610.69 | 0.00 | | 0.00 | FA |
| 12. 2003 toyota highlander | 6,731.00 | 2,247.00 | | 0.00 | FA |
| 13. 2007 Toyota Prius | 9,266.00 | 4,782.00 | | 0.00 | FA |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page:    2

Exhibit A

| Case No: | 14-15552 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | ELIADES, MILEDONES N. | |
| | ELIADES, MARY C. | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 04/25/14 (f) |
| 341(a) Meeting Date: | 06/03/14 |
| Claims Bar Date: | 09/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 14. 2005 Camry | 1,458.00 | 1,458.00 | | 0.00 | FA |
| 15. 1 dog, 2 cats | 0.00 | 0.00 | | 0.00 | FA |
| 16. vacuum, cleaning supplies, gardening supplies | 300.00 | 0.00 | | 0.00 | FA |
| 17. Edward Jones Accounts | 0.00 | 11,357.62 | | 11,357.62 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)    $1,065,731.42    $19,844.62    $11,357.62    $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case is in final review befdore closing. Money in the bank.

RE PROP# 17---Amended Schedules 18 June 2014

Initial Projected Date of Final Report (TFR): 10/01/14    Current Projected Date of Final Report (TFR): 12/31/14

_____    Date: _____
RONALD R. PETERSON

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 14-15552 -ABG |
| Case Name: | ELIADES, MILEDONES N. |
| | ELIADES, MARY C. |
| Taxpayer ID No: | *******7850 |
| For Period Ending: | 01/22/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******8729 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/21/14 | 17 | Miledones Eliades | Deposit Account Dump | 1129-000 | 11,357.62 | | 11,357.62 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,347.62 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.87 | 11,330.75 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.30 | 11,314.45 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.82 | 11,297.63 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.25 | 11,281.38 |

|  | Deposits | Disbursements | Balance |
|---|---|---|---|
| COLUMN TOTALS | 11,357.62 | 76.24 | 11,281.38 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 11,357.62 | 76.24 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 11,357.62 | 76.24 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******8729) | 11,357.62 | 76.24 | 11,281.38 |
| | 11,357.62 | 76.24 | 11,281.38 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 11,357.62 | 76.24 |

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | Date: January 22, 2015 |
|---|---|---|---|---|---|

Case Number:    14-15552
Debtor Name:    ELIADES, MILEDONES N.
Claims Bar Date: 09/04/14

Claim Class, Priority Sequence

Joint Debtor: ELIADES, MARY C.

| Code # | Creditor Name & Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 000001<br>070<br>7100-00 | Fifth Third Bank<br>c/o David L. Hazan<br>Diver, Grach, Quade, Masini, LLP<br>111 N. County Street<br>Waukegan, IL 60085 | Unsecured | Filed 06/17/14<br>(1-1) Money Loaned/Judgment<br>(1-1) Modified on 6/18/14 to correct creditor's address MM | $0.00 | $128,393.17 | $128,393.17 |
| 000002<br>070<br>7100-00 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Unsecured | Filed 07/11/14 | $0.00 | $1,289.78 | $1,289.78 |
| 000003<br>070<br>7100-00 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Unsecured | Filed 08/26/14<br>(3-1) CREDIT CARD DEBT | $0.00 | $1,462.89 | $1,462.89 |
| | Case Totals: | | | $0.00 | $131,145.84 | $131,145.84 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 14-15552 ABG
Case Name: ELIADES, MILEDONES N.
        ELIADES, MARY C.
Trustee Name: RONALD R. PETERSON

       Balance on hand                               $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ | $ | $ |

     Total to be paid for chapter 7 administrative expenses   $_____

     Remaining Balance                         $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $      must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fifth Third Bank c/o David L. Hazan Diver, Grach, Quade, Masini, LLP 111 N. County Street Waukegan, IL 60085 | $ | $ | $ |
| 000002 | American InfoSource LP as agent for TD Bank, USA PO Box 248866 Oklahoma City, OK 73124-8866 | $ | $ | $ |
| 000003 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | $ | $ | $ |

Total to be paid to timely general unsecured creditors          $_____

Remaining Balance          $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

     Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $        have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be        percent.

     Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE