# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## CHICAGO DIVISION

In re:                                §
                                      §
ELIADES, MILEDONES N.                 §       Case No. 14-15552 ABG
ELIADES, MARY C.                      §
                                      §
                                      §
          Debtor(s)                   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
              CLERK OF THE U.S. BANKRUPTCY COURT
              KENNETH S. GARDNER
              219 S. Dearborn St.
              Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 03/25/2015 in Courtroom 642,
              UNITED STATES BANKRUPTCY COURT
              219 S. Dearborn St.
              Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/24/2015                    By: UNITED STATES BANKRUPTCY
                                               COURT
                                                                    Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
ELIADES, MILEDONES N. § Case No. 14-15552 ABG
ELIADES, MARY C. §
§
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 11,357.62 |
| and approved disbursements of | $ | 76.24 |
| leaving a balance on hand of[1] | $ | 11,281.38 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RONALD R. PETERSON | $ 1,885.76 | $ 0.00 | $ 1,885.76 |

| | | |
|---|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ | 1,885.76 |
| Remaining Balance | $ | 9,395.62 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 131,145.84 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Fifth Third Bank<br>c/o David L. Hazan<br>Diver, Grach, Quade, Masini, LLP<br>111 N. County Street<br>Waukegan, IL 60085 | $ 128,393.17 | $ 0.00 | $ 9,198.41 |
| 000002 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | $ 1,289.78 | $ 0.00 | $ 92.40 |
| 000003 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | $ 1,462.89 | $ 0.00 | $ 104.81 |

Total to be paid to timely general unsecured creditors    $ 9,395.62

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

RONALD R. PETERSON
JENNER & BLOCK LLP
353 N. CLARK STREET
CHICAGO, IL 60654-3456

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
Miledones N. Eliades
Mary C. Eliades
    Debtors

Case No. 14-15552-ABG
Chapter 7

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: wepps               Page 1 of 1                  Date Rcvd: Feb 25, 2015
                              Form ID: pdf006           Total Noticed: 11
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2015.
```
db/jdb         +Miledones N. Eliades,    Mary C. Eliades,    2130 Forestview Rd.,    Evanston, IL 60201-2008
21847792       +American Express,    Box 0001,    Los Angeles, CA 90096-8000
22322097        American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21847794        Chase,    Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
21847795       +Chase Home Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
21847797       +Exxon Mobil,    PO Box 688940,    Des Moines, IA 50368-8940
21847798       +Fifth Third Bank,    c/o David L. Hazan,    Diver, Grach, Quade, Masini, LLP,
                 111 N. County Street,     Waukegan, IL 60085-4344
21847800       +Shell,    Customer Inquires - Bankruptcy,    P.O. Box 9151,    Des Moines, IA 50306
21847801       +Small Business Administration,     500 West Madison Suite 1250,    Chicago, IL 60661-4552
21847802       +Target,    PO Box 59317,    Minneapolis, MN 55459-0317
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22150297        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 26 2015 01:26:47
                 American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
                 Oklahoma City, OK   73124-8866
                                                                                              TOTAL: 1

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
21847799         Lisa & Rob Logan
21847793*       +American Express,    Box 0001,    Los Angeles, CA 90096-8000
21847796*       +Chase Home Mortgage,    PO Box 24696,    Columbus, OH 43224-0696
21847803*       +Target,    PO Box 59317,    Minneapolis, MN 55459-0317
                                                                                              TOTALS: 1, * 3, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2015                                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2015 at the address(es) listed below:
```
              Gina B Krol, ESQ    on behalf of Joint Debtor Mary C. Eliades gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Gina B Krol, ESQ    on behalf of Debtor Miledones N. Eliades gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;trotman@cohenandkrol.com;jneiman@cohenandkrol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald R Peterson    rpeterson@jenner.com,    rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                              TOTAL: 4
```