UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                    §
                                          §
ELIADES, MILEDONES N.                     §   Case No. 14-15552 ABG
ELIADES, MARY C.                          §
                                          §
                                          §
         Debtor(s)                        §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   RONALD R. PETERSON, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS:   CHAPTER 7 ADMIN. FEES   AND CHARGES   (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER   ADMIN. FEES AND   CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED   CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter    on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/RONALD R. PETERSON_____
                                              Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Home Mortgage PO Box 24696 Columbus, OH 43224 |  |  |  |  |  |
|  | Chase Home Mortgage PO Box 24696 Columbus, OH 43224 |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RONALD R PETERSON TRUSTEE | | | | | |
| ASSOCIATED BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

Case 14-15552    Doc 28    Filed 06/05/15    Entered 06/05/15 10:40:57    Desc Main
Document      Page 5 of 10

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express Box 0001 Los Angeles, CA 90096 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096 | | | | | |
| | Chase Cardmember Service PO Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Exxon Mobil PO Box 688940 Des Moines, IA | | | | | |
| | Fifth Third Bank c/o Richard Klein 1000 Town Center Dr. Southfield, MI 48075 | | | | | |
| | Shell Customer Inquires - Bankruptcy P.O. Box 9151 Des Moines, IA 50368 | | | | | |
| | Target PO Box 59317 Minneapolis, MN 55459 | | | | | |
| | Target PO Box 59317 Minneapolis, MN 55459 | | | | | |
| 000003 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000002 | AMERICAN INFOSOURCE LP AS AGENT FOR | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000001 | FIFTH THIRD BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

Page: 1

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| | |
|---|---|
| Case No: | 14-15552   Judge: A. BENJAMIN GOLDGAR |
| Case Name: | ELIADES, MILEDONES N. |
| | ELIADES, MARY C. |
| For Period Ending: | 05/19/15 |

| | |
|---|---|
| Trustee Name: | RONALD R. PETERSON |
| Date Filed (f) or Converted (c): | 04/25/14 (f) |
| 341(a) Meeting Date: | 06/03/14 |
| Claims Bar Date: | 09/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. 2130 Forestview Rd. Evanston, IL | 450,000.00 | 0.00 | | 0.00 | FA | 383,436.00 | 480,000.00 |
| 2. Cash | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 3. Chase Checking Account- In living Trust | 1,581.00 | 0.00 | | 0.00 | FA | 0.00 | 1,581.00 |
| 4. Chase Savings Account- In living Trust | 851.00 | 0.00 | | 0.00 | FA | 0.00 | 851.00 |
| 5. Furniture, computes, television, stereo, tools- In | 700.00 | 0.00 | | 0.00 | FA | 0.00 | 700.00 |
| 6. books, compact discs, art | 150.00 | 0.00 | | 0.00 | FA | 0.00 | 150.00 |
| 7. Clothing | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 8. Bike, Treadmill, camera | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 9. American Funds | 20,788.73 | 0.00 | | 0.00 | FA | 0.00 | 20,788.73 |
| 10. ING- North Shore University HealthSystem | 503,595.00 | 0.00 | | 0.00 | FA | 0.00 | 503,595.00 |
| 11. ING- Rehabliltation Institute of Chicago | 69,610.69 | 0.00 | | 0.00 | FA | 0.00 | 69,610.69 |
| 12. 2003 toyota highlander | 6,731.00 | 2,247.00 | | 0.00 | FA | 0.00 | 4,484.00 |
| 13. 2007 Toyota Prius | 9,266.00 | 4,782.00 | | 0.00 | FA | 0.00 | 4,484.00 |
| 14. 2005 Camry | 1,458.00 | 1,458.00 | | 0.00 | FA | 0.00 | 0.00 |

LFORM1EX

Ver: 18.04c

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 14-15552 | Judge: A. BENJAMIN GOLDGAR |
|---|---|---|
| Case Name: | ELIADES, MILEDONES N. | |
| | ELIADES, MARY C. | |

| Trustee Name: | RONALD R. PETERSON |
|---|---|
| Date Filed (f) or Converted (c): | 04/25/14 (f) |
| 341(a) Meeting Date: | 06/03/14 |
| Claims Bar Date: | 09/04/14 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 15. 1 dog, 2 cats | 0.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 16. vacuum, cleaning supplies, gardening supplies | 300.00 | 0.00 | | 0.00 | FA | 0.00 | 300.00 |
| 17. Edward Jones Accounts | 0.00 | 11,357.62 | | 11,357.62 | FA | 0.00 | 0.00 |

| | | | | | Gross Value of Remaining Assets | | |
| TOTALS (Excluding Unknown Values) | $1,065,731.42 | $19,844.62 | | $11,357.62 | $0.00 | $383,436.00 | $1,087,244.42 |

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TFR filed 2/5/15.  Case closed.

RE PROP# 17---Amended Schedules 18 June 2014

Initial Projected Date of Final Report (TFR): 10/01/14     Current Projected Date of Final Report (TFR): 02/15/15

        /s/    RONALD R. PETERSON
_____ Date: 05/19/15
        RONALD R. PETERSON

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 14-15552 -ABG | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | ELIADES, MILEDONES N. | Bank Name: | ASSOCIATED BANK |
| | ELIADES, MARY C. | Account Number / CD #: | *******8729 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7850 | | |
| For Period Ending: | 05/19/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/21/14 | 17 | Miledones Eliades | Deposit Account Dump | 1129-000 | 11,357.62 | | 11,357.62 |
| 08/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.00 | 11,347.62 |
| 09/08/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.87 | 11,330.75 |
| 10/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.30 | 11,314.45 |
| 11/07/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.82 | 11,297.63 |
| 12/05/14 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 16.25 | 11,281.38 |
| 03/27/15 | 030001 | Ronald R Peterson Trustee<br>Jenner & Block<br>353 North Clark Street<br>Chicago, Ill 60654-3456 | Trustee's compensation | 2100-000 | | 1,885.76 | 9,395.62 |
| 03/27/15 | 030002 | Fifth Third Bank<br>c/o David L. Hazan<br>Diver, Grach, Quade, Masini, LLP<br>111 N. County Street<br>Waukegan, IL 60085 | Final distribution | 7100-000 | | 9,198.41 | 197.21 |
| 03/27/15 | 030003 | American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | Final distribution | 7100-000 | | 92.40 | 104.81 |

Page Subtotals  11,357.62  11,252.81

Ver: 18.04c

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 14-15552 -ABG | Trustee Name: | RONALD R. PETERSON |
|---|---|---|---|
| Case Name: | ELIADES, MILEDONES N. | Bank Name: | ASSOCIATED BANK |
| | ELIADES, MARY C. | Account Number / CD #: | *******8729 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******7850 | | |
| For Period Ending: | 05/19/15 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/27/15 | 030004 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Final distribution | 7100-000 | | 104.81 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 11,357.62 | 11,357.62 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 11,357.62 | 11,357.62 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 11,357.62 | 11,357.62 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - *******8729) | 11,357.62 | 11,357.62 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 11,357.62 | 11,357.62 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals   0.00   104.81

Ver: 18.04c

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*